# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136172(59)(60)(61)

GLEN SMILEY, DONNA SMILEY, RICHARD
L. HURFORD, JUDI HURFORD, MALCOM J.
SUTHERLAND, JULIE T. SUTHERLAND,
COLTON P. WEATHERSPOON, DEBORAH J.
WEATHERSPOON, BRIT GORDON, ANN
GORDON, CURTIS MARSH, JUDI MARSH,
DAVID E. SORGE, MADALYNNE SORGE,
WILLIAM H. DANCE, NICK SPAIN, SALLY
SPAIN, THERESE CARDOZE, RICHARD C.
CARDOZE, TODD V. CALLEWAERT,
JENNIFER S. CALLEWAERT, ANTHONY
PADDOCK, DARBY PADDOCK, MARGARET
FERINGA, HELEN P. THURBER, ROY
LOMBARDO, SALLY LOMBARDO, NILA L.
CARTER, DAVID FITZSIMONS, JR., HOLLY
FITZSIMONS, ROBERT OLLISON and
DEMPSEY OLLISON,
        Plaintiff-Appellees,

v

GROSSE POINTE WAR MEMORIAL
ASSOCIATION,
        Defendant-Appellant.

SC: 136172
COA: 275937
Wayne CC: 06-617425-CZ

_____/

On order of the Court, the motions for leave to file briefs amicus curiae are GRANTED. The motion for reconsideration of this Court's June 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

Clerk